Dismissed and Memorandum Opinion filed January 13, 2005









Dismissed and Memorandum Opinion filed January 13,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00861-CR



 

____________

 

WESLEY EARL
EVANS, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
351st District Court

Harris County,
Texas

Trial Court Cause No.
841,705

 



 

M E M O R A N D U M   O P I N I O N

Appellant was convicted of aggravated sexual assault of a
child, and the Eleventh Court of Appeals affirmed the conviction in 2003.  Appellant now attempts to appeal a motion to
review the trial and appellate record.  








Generally, an appellate court only has jurisdiction to
consider an appeal by a criminal defendant where there has been a final
judgment of conviction.  Workman v.
State, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); McKown v. State,
915 S.W.2d 160, 161 (Tex. App.CFort Worth 1996, no pet.). 
The exceptions include: (1) certain appeals while on deferred
adjudication community supervision, Kirk v. State, 942 S.W.2d 624, 625
(Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond,
Tex. R. App. P. 31.1; McKown,
915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus
relief, Wright v. State, 969 S.W.2d 588, 589 (Tex. App.CDallas 1998, no pet.); McKown,
915 S.W.2d at 161.

Because this appeal does not fall within the exceptions to
the general rule that appeal may be taken only from a final judgment of
conviction, we have no jurisdiction.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 13, 2005.

Panel consists of Justices Yates,
Edelman, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).